# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| VINCENT EOVACIOUS | ) | 20-mj-4101-DHH |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2020,__ in the county of __Worcester__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil disorder |
| 26 U.S.C. §§ 5861(d) and 5871 | Unlawful possession of an unregistered firearm |

This criminal complaint is based on these facts:

Please see attached affidavit by ATF Special Agent James B. Mattson

☑ Continued on the attached sheet.

*James B. Mattson /DVS*
*Complainant's signature*

ATF Special Agent James B. Mattson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means)

Date: __06/03/2020__

*Judge's signature*

City and state: __Worcester, Massachusetts__   Chief U.S. Magistrate Judge David H. Hennessy
*Printed name and title*