UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br> vs.<br><br>VINCENT EOVACIOUS,<br><br>     Defendant. | Case No.   20-mj-4101-DHH |

GOVERNMENT'S MOTION TO UNSEAL

   The United States of America hereby moves this Court to order that above-referenced complaint and related documents be unsealed.  In support of this motion, the government states that the defendant was arrested on June 3, 2020, and that there is no further reason to keep the complaint and related documents in secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Danial E. Bennett
   DANIAL E. BENNETT
   Assistant U.S. Attorney
   Massachusetts BBO #657436
   Donohue Federal Building
   595 Main Street
   Worcester, Massachusetts 01608

ALLOWED David H. Hennessy U.S.M.J.

**Jun 3, 2020**

Date:  June 3, 2020