≲ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Vincent Eovacious

**EXHIBIT AND WITNESS LIST**

Case Number: 20-mj-4101

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Bennett | Thrall |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/5/2020 | Linda Walsh | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | 6/5/2020 | x | | Complaint Affidavit |
| 2a | | 6/5/2020 | x | | Building Photos |
| 2b | | 6/5/2020 | x | | Building Photos |
| 2c | | 6/5/2020 | x | | Building Photos |
| 3 | | 6/5/2020 | x | | Evidence Photos |
| 4a | | 6/5/2020 | x | | Evidence Photos |
| 4b | | 6/5/2020 | x | | Evidence Photos |
| 4c | | 6/5/2020 | x | | Evidence Photos |
| 5 | | 6/5/2020 | x | | *SEALED* |
| 6 | | 6/5/2020 | x | | *SEALED* |
| 7 | | 6/5/2020 | x | | Framingham Police Department Report |
| | 1 | 6/5/2020 | x | | Letter from Defendant's school Principle |
| | 2 | 6/5/2020 | x | | *SEALED* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages