# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 20-MJ-4101-DHH |
| | ) | |
| VINCENT EOVACIOUS | ) | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, through undersigned counsel, who respectfully requests that the Probation Department be permitted to allow Mr. Eovacious to attend certain functions outside of his home. Those are:

1. Counseling at Arbour Counseling Services, Chandler Street, Worcester
2. Donating Platelets at the Red Cross, Plantation Street, Worcester

In support of these requests, the Defendant shares the following:

Upon his release, Mr. Eovacious has been receiving psychiatric counseling through telehealth services with LUK, Inc and has had his medications prescribed by his primary care pediatrician. His counselor at LUK, Inc has referred him to receive in-person therapy through Arbour Counseling. The appointments would be from 8:00am – 3:00pm, Monday-Friday. Utilizing Arbour Counseling would also allow for all of Mr. Eovcaious' psychiatric care to be supervised in one location, rather than split between LUK, Inc and his pediatrician.

Further, Mr. Eovacious and his family have historically donated platelets at the Red Cross on Chandler Street in Worcester. The appointments are bi-weekly and take approximately 3 hours, including the amount of time it takes for them to travel to the

location. We ask that Mr. Eovacious be permitted to participate in this family activity, presuming it does not conflict with his therapy at Arbour Counseling.

Since he last appeared before this Court, Mr. Eovacious has been in full compliance with the conditions of his release and has graduated from high school.

Undersigned Counsel has had the opportunity to confer with the Government who assents to these requests, on the condition that the Defendant's parents drive him to and from appointments. Mr. Eovacious has agreed to that condition.

The Defendant proposes amending condition (t)(ii) of the Order Setting Conditions of Release, Document 15, to read that Mr. Eovacious is subject to home confinement except: as approved by the Court, emergency medical appointments, counseling at Arbour Counseling, and to donate platelets at the Red Cross, as approved by the Probation Department. This would permit the Probation Department to allow him to leave the home to these appointments as they are scheduled.

        Respectfully submitted,

        VINCENT EOVACIOUS
        By his Attorney
        Respectfully submitted,

        */s/ Jessica Thrall*
        Jessica Thrall,
        B.B.O.: 670412
        Assistant Federal Public Defender
        Federal Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA  02210
        Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 7, 2020.

                                            */s/ Jessica Thrall*
                                            Jessica Thrall